AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CLIFFORD KING,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

       **CASE NO. C2-07-262**

**MICHAEL J. ASTRUE,**   **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF SOCIAL**   **MAGISTRATE JUDGE MARK R. ABEL**
**SECURITY**

       **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed March 26, 2008, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: March 26, 2008                      JAMES BONINI, CLERK

                                       */S/ Andy F. Quisumbing*
                                       (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk